672 A.2d 1132

## STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. MICHAEL BLACKNALL, DEFENDANT–RESPONDENT.

Argued February 13, 1996—Decided February 28, 1996.

*Deborah C. Bartolomey,* Deputy Attorney General, argued the cause for appellant (*Deborah T. Poritz,* Attorney General of New Jersey, attorney).

*Herbert F. Lawrence,* argued the cause for respondent (*Lawrence, Leslie & Kain,* attorneys; *Laura G. Degnan* and *Wesley M. Kain,* of counsel and on the brief).

*Theresa Yvette Kyles,* Assistant Deputy Public Defender, argued the cause for *amicus curiae,* Public Defender (*Susan L. Reisner,* Public Defender, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Wallace's opinion of the Appellate Division, reported at 288 *N.J.Super.* 466, 672 *A.*2d 1170 (1995).

*For affirmance* —Chief Justice WILENTZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed* —None.